IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                              CHAPTER 13

CLIFFORD FLOYD JR and
MARY ELIZABETH FLOYD,                               CASE NO.: 22-10538
    Debtor(s).

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104**

## MOTION TO BORROW/INCUR DEBT TO FINANCE A VEHICLE

COMES NOW, the Debtor(s), Clifford Floyd Jr. and Mary Elizabeth Floyd, by and through the undersigned counsel, and files this Motion to Borrow/Incur debt to finance a vehicle and in support states as follows:

1. On June 13, 2022, Debtor(s) filed the instant Chapter 13 case.
2. The Debtor(s) only have one vehicle. The wife needs a vehicle that she can get around in.
3. The proposed loan information is as follows:
    Amount Financed:     $19,970.66 or less
    Monthly payment       $377.00 or less
5. Debtor(s) will continue to pay the Chapter 13 Trustee.
6. Debtor(s) will pay the vehicle note directly and will maintain appropriate insurance coverage on the vehicle.

WHEREFORE, THESE PREMISES CONSIDERED, the Debtors request that this Honorable Court reconsider its Order, and for such further and different relief as justice requires.

Respectfully submitted this the 6th day of February, 2024.

/s/ *Samantha Valenzuela*

SAMANTHA VALENZUELA
Attorney for the Debtors
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360
(334)774-1199 PHONE
(334)774-1188 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Motion on all parties listed below by electronic mail or regular postal mail on this the 6th day of February, 2024.

Hon. Sabrina McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Danielle Greco
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

/s/ Samantha Valenzuela
SAMANTHA VALENZUELA

# TALLAHASSEE 

## Purchase Agreement

Diego Cabrera
Johnathan Vickers
Tallahassee Ford
243 N Magnolia Dr.
Tallahassee, FL 32301

| Buyer | Co-Buyer | Vehicle |
|---|---|---|
| Mary Floyd<br>965 Baxter<br>Dothan, AL 36312<br>C: (334) 796-4027<br>maryfloyd42@yahoo.com | | 2013 Ford F-150 Lariat<br>VIN: 1FTFW1ET8DFB73365<br>Stock #: F42439A<br>Mileage: 149,372<br>Color: Pale Adobe Metallic |

### Customer Trade

| | Year Make Model | VIN | Engine | Mileage | Payoff |
|---|---|---|---|---|---|
| 0 | 0 | | | | $0.00 |

### Cash Down

| | | | |
|---|---|---|---|
| | 0.00 | 0.00 | 0.00 |
| Term | Payments | | |
| 72 | $377 to $386 | $377 to $386 | $377 to $386 |

### Selected Terms

| Loan Term: | 72 Monthly |
|---|---|
| Payment: | $377 to $386 |

### Purchase Details

| | |
|---|---|
| Retail Price: | $19,995.00 |
| Sales Price: | $17,991.00 |
| Savings: | $2,004.00 |
| Accessories: | $0.00 |
| Service Contract: | $0.00 |
| GAP: | $0.00 |
| Government Fees: | $0.00 |
| Proc/Doc Fees: | $1,355.97 |
| Total Taxes: | $623.69 |
| **Total Sales Price:** | $19,970.66 |
| Trade Allowance: | $0.00 |
| Trade Payoff: | $0.00 |
| Trade Equity: | $0.00 |
| Rebate: | $0.00 |
| Cash Down: | $0.00 |
| **Amount Financed:** | $19,970.66 |

X _____
Customer Signature

Date

X _____
Manager Signature

Date

Disclaimer:

With approved Credit. Subject to bank approval.

Printed 2/6/24 10:24 AM